IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STACIE GREEK,

      Appellant,

v.

KANGAROO EXPRESS, INC.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1953

Opinion filed December 14, 2015.

An appeal from the Circuit Court for Duval County.
Lawrence P. Haddock, Judge.

Michael D. McGrath and Kevin J. Loftus of McGrath Gibson, LLC, Jacksonville,
for Appellant.

Keef F. Owens and Andrea Caro of Zimmerman, Kiser & Sutcliffe, P.A., Orlando,
for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., BENTON and KELSEY, JJ., CONCUR.